UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.    Cameron, William H.    Docket No.    0980 2:22CR00133-TOR-20

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant William H Cameron, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 28th day of September 2022, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 30, 2022, the conditions of pretrial release supervision were reviewed with Mr. William H. Cameron. He acknowledged an understanding of his conditions, which included standard condition number 8.

**Violation #1**: Mr. Cameron is alleged to have violated standard condition number 8 by ingesting methamphetamine, previously occurring on or about October 10, 2022, based on his admission of such use.

Specifically, on October 12, 2022, Mr. Cameron reported to the U.S. Probation Office in Spokane, as directed to submit to random urinalysis testing. As a part of the contact, Mr. Cameron admitted to previously ingesting methamphetamine on or about October 10, 2022. Mr. Cameron subsequently signed a drug use admission form serving to document the admission as stated. Mr. Cameron did submit to random urinalysis testing and the sample tested presumptive positive for a number of illicit substances, and ultimately the sample was confirmed to be positive for methamphetamine.

**Violation #2**: Mr. Cameron is alleged to have violated standard condition number 8 by ingesting methamphetamine, previously occurring on or about both October 13 and 14, 2022, based on his admission of such use.

Specifically, on October 17, 2022, the undersigned officer received notification from the contract urinalysis testing provider that the client had failed to appear for random urinalysis testing on October 14, 2022, when his assigned color was called. On October 18, 2022, Mr. Cameron was contacted and directed to report to the U.S. Probation Office in Spokane, to make up for the missed appointment.

On October 18, 2022, Mr. Cameron reported as directed and subsequently submitted a urinalysis sample that reflected as presumptive positive for methamphetamine. Mr. Cameron ultimately admitted to previously ingesting methamphetamine on or about both October 13 and 14, 2022. Mr. Cameron subsequently signed a drug use admission form serving to document his last use of illicit substances as occurring on October 14, 2022, as stated. As a part of the contact, and without prompting, Mr. Cameron indicated he felt that inpatient treatment services may be appropriate, and he was concerned that he would not be able to cease his use of the substance while in the community.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 19, 2022

by   s/Chris Heinen

Chris Heinen
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/20/22

Date