UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Cameron, William H. | Docket No. | 0980 2:22CR00133-TOR-20 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant William H. Cameron, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 28th day of September 2022, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 30, 2022, the conditions of pretrial release supervision were reviewed with Mr. William H. Cameron. He acknowledged an understanding of his conditions, which included standard condition number 8.

**Violation #3**: Mr. Cameron is alleged to have violated standard condition number 8 by ingesting methamphetamine, previously occurring on or about both December 10 and 12, 2022, based on his admission of such use.

Specifically, on November 30, 2022, Mr. Cameron appeared before the Court for the purpose of pretrial revocation. As a part of the hearing, previously alleged violations 1 and 2 were held in abeyance, and the client was ordered released on December 1, 2022, at 8 a.m. The client was directed by the Court to immediately report to the U.S. Probation Office for urinalysis and the client's conditions were modified to allow for both mental health counseling and the completion of inpatient treatment, if he was determined to meet such a level of care.

On December 12, 2022, the undersigned officer received a text message from the client advising as to his desire to seek detox services in order to secure inpatient placement as soon as possible. It should be noted that the client had previously secured an appointment for an updated chemical dependency assessment that was at that time set to occur on December 16, 2022.

On December 13, 2022, this matter was further discussed with the client telephonically, at which time he admitted to having relapsed on methamphetamine, previously occurring on both December 10 and 12, 2022.

    PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

PS-8
**Re: Cameron, William H.**
**December 19, 2022**
**Page 2**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  December 19, 2022 |
| by | s/Chris Heinen |
|  | Chris Heinen
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

December 20, 2022
Date