# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2023

SEAN F. McAVOY, CLERK

U.S.A. vs.         Cameron, William H.              Docket No.    0980 2:22CR00133-TOR-20

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant William H. Cameron, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 28th day of September 2022, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 30, 2022, the conditions of pretrial release supervision were reviewed with Mr. William H. Cameron. He acknowledged an understanding of his conditions, which included standard condition number 8.

**Violation #4**: Mr. Cameron is alleged to have violated standard condition number 8 by ingesting methamphetamine, previously occurring on or about December 7, 2022, based on both urinalysis testing and his admission of such use.

On December 7, 2022, Mr. Cameron reported to Pioneer Human Services in Spokane for random urinalysis testing as required. During testing, Mr. Cameron submitted a urinalysis sample that tested as being presumptive positive for amphetamine and methamphetamine. On December 8, 2022, a drug use denial form was received in which the client signed his name denying any use of either substance as initially indicated. The sample was packaged and forwarded to the lab for verification.

During subsequent discussion, Mr. Cameron continued to deny his use of illicit substances in proximity to December 7, 2022. On December 27, 2022, the lab report specific to Mr. Cameron's submitted sample was received by the undersigned officer, ultimately confirming the sample as being positive for amphetamine and methamphetamine as initially indicated.

On December 28, 2022, Mr. Cameron was contacted at Spokane Addiction Recovery Centers (SPARC) in Spokane where he is currently engaged in inpatient treatment at which time he admitted to having previously ingested methamphetamine on or about December 4, 2022, stating that he thought he had already admitted and reported this use to the undersigned officer.

PS-8
**Re: Cameron, William H.
December 29, 2022
Page 2**

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S)
PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    December 29, 2022 |
| by | s/Chris Heinen |
|  | Chris Heinen<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/6/23

Date