✎ PS 8
(3/15)

Case 2:22-cr-00133-TOR    ECF No. 526    filed 03/07/23    PageID.1107    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Cameron, William H. | Docket No. | 0980 2:22CR00133-TOR-20 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant William H. Cameron, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 28th day of September 2022, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #5**: Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 30, 2022, the conditions of pretrial release supervision were reviewed with Mr. William H. Cameron. He acknowledged an understanding of his conditions as ordered by the Court.

**Violation #7**: Mr. Cameron is alleged to have violated standard condition number 8 by ingesting methamphetamine, on at least four separate occasions occurring between March 2 and 5, 2023, based on both urinalysis testing and his admission of such use.

On March 6, 2023, Mr. Cameron was contacted by the undersigned officer using text messaging to verify that he remained intent on acquiring his summons at the federal building on the day in question, which was previously issued by the Court. This conversation sought to reaffirm one previously had with the client. Additionally on the day in question, the undersigned officer had received notification that Mr. Cameron failed to appear for urinalysis testing on March 3, 2023, when his assigned color was called by the contract provider. Mr. Cameron was therefore additionally advised of his obligation to provide a urinalysis sample for testing to address the previously missed obligation. Mr. Cameron committed to reporting on the day in question to satisfy these stated obligations.

Mr. Cameron subsequently reported as directed and prior to urinalysis testing indicated the sample "would not be clean." Mr. Cameron revealed that a close friend had passed away on Thursday, March 2, 2023, from an overdose, and following his learning of the tragic event, he then ingested methamphetamine on a daily basis beginning March 2, and ending March 5, 2023, clarifying that he believed he had used on one occasion each day. Mr. Cameron did then provide a urinalysis sample that proved presumptive positive for amphetamine and methamphetamine. Mr. Cameron did sign a drug use admission form serving to memorialize his statements of use.

**Violation #8**: Mr. Cameron is alleged to have violated special condition number 5 by failing to report for random urinalysis testing with the contract provider on March 3, 2023, when his assigned color was called.

Specifically, on March 6, 2023, the undersigned officer received notification from the contract provider that Mr. Cameron had failed to appear for random urinalysis testing when his assigned color was called previously on March 3, 2023. On March 6, 2023, Mr. Cameron reported to the U.S. Probation Office in Spokane, as directed by the undersigned officer, during which he indicated no justification as to why he had failed to report for the obligation.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 7, 2023

by s/Chris Heinen

Chris Heinen
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/7/23
Date