UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Cameron, William H. | Docket No. | 0980 2:22CR00133-TOR-20 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant William H. Cameron, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 28th day of September 2022, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #5**: Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 30, 2022, the conditions of pretrial release supervision were reviewed with Mr. William H. Cameron. He acknowledged an understanding of his conditions as ordered by the Court.

**Violation #5**: Mr. Cameron is alleged to have violated standard condition number 8 by ingesting methamphetamine, on at least four separate occasions occurring between February 24 and February 25, 2023, based on both urinalysis testing and his admission of such use.

On February 27, 2023, Mr. Cameron contacted the undersigned officer via text messaging, indicating that he had both acquired a new phone, and inquiring if he could report on the morning of February 28, 2023, indicating that he would really like to speak with the undersigned officer. Mr. Cameron was directed to be prepared to submit to urinalysis testing, following which he indicated that he would, and also indicated that this was what he wanted to speak to this officer about, having had a "slip up" that had occurred over the weekend.

On February 28, 2023, Mr. Cameron reported as directed, and did submit to urinalysis testing, the result of which proved presumptive positive for methamphetamine. Mr. Cameron ultimately admitted to having ingested methamphetamine once initially on the evening of Friday (February 24, 2023) after his having experienced continued frustration working with several coworkers. Mr. Cameron then admitted to using three separate times on Saturday (February 25, 2023) indicating that he needed to make it through the work day and was in fear of "crashing" given his use the night prior. Mr. Cameron did sign a drug use admission form serving to document his admission and clarified that his use all occurred from the same "bowl" clarifying that he just continued to take puffs as needed from the same original amount.

**Violation #6**: Mr. Cameron is alleged to have violated special condition number 5 by failing to report for random urinalysis testing with the contract provider on February 24, 2023, when his assigned color was called.

Specifically, on February 27, 2023, the undersigned officer received notification from the contract provider that Mr. Cameron had failed to appear for random urinalysis testing when his assigned color was called previously on February 24, 2023. On February 28, 2023, Mr. Cameron reported to the U.S. Probation Office in Spokane as directed by the undersigned officer, during which he admitted to having not called in to determine whether it was his day to test on the day in question, indicating that he had no excuse as to why he had not.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 28, 2023

by   s/Chris Heinen

Chris Heinen
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*

Signature of Judicial Officer
3/2/2023

Date