# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

**FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON**

**Apr 13, 2023**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Cameron, William H. | Docket No. | 0980 2:22CR00133-TOR-20 |

## Petition for Action on Conditions of Pretrial Release

      COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant William H. Cameron, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 28th day of September 2022, under the following conditions:

**Standard Condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Modified Condition added on October 12, 2022:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the united States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, the defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to the defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 30, 2022, the conditions of pretrial release supervision were reviewed with Mr. William H. Cameron. He acknowledged an understanding of his conditions as ordered by the Court.

**Violation #9:** Mr. Cameron is alleged to have violated standard condition number 8 by using methamphetamine on or about April 5, 2023.

On April 5, 2023, Mr. Cameron reported to the office as directed to submit to urinalysis testing. This sample yielded presumptive positive for methamphetamine. Mr. Cameron denied any use of methamphetamine. As a result, the sample was sent to the National Lab. On April 12, 2023, the lab confirmed the positive presence of methamphetamine and amphetamine (metabolite). It should also be noted the sample was marked as diluted.

**Violation #10:** Mr. Cameron in alleged to have violated the modified condition imposed on October 12, 2022, by failing to engage in treatment services as directed by missing his individual counseling session on April 6, 2023.

On April 6, 2023, U.S. Probation was advised Mr. Cameron had failed to attend his individual therapy session. On April 11, 2023, this officer confirmed with the treatment vendor that Mr. Cameron had failed to attend his individual session which was scheduled after his group therapy at Spokane Addiction Recovery Centers.

**Violation #11:** Mr. Cameron is alleged to have violated the modified condition imposed on October 12, 2022, by failing to engage in treatment services as directed by failing to attend group on April 10, 2023.

On April 11, 2023, this officer spoke to Mr. Cameron's treatment provider who advised Mr. Cameron did not attend group therapy on April 10, 2023. Group therapy runs from 10 a.m. to 12 p.m.

Re: Cameron,, William H.
April 12, 2023
Page 2

**Violation #12:** Mr. Cameron is alleged to have violated standard condition 8 by using a controlled substance, methamphetamine, on or about April 9, 2023.

On April 10, 2023, this officer directed Mr. Cameron to submit to urinalysis testing prior to his Court hearing. Mr. Cameron reported as directed and submitted a positive urinalysis for methamphetamine. Mr. Cameron subsequently admitted using methamphetamine on April 9, 2023.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 12, 2023

by s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/13/23

Date