PROB 12C
(6/16)

Report Date: December 26, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William H. Cameron      Case Number: 0980 2:22CR00133-TOR-20

Address of Offender: ▓▓▓▓▓▓▓ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 26, 2023

Original Offense:      Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:      Prison - 109 days      Type of Supervision: Supervised Release
                   TSR - 36 months

Asst. U.S. Attorney:      Earl Allan Hicks      Date Supervision Commenced: July 26, 2023

Defense Attorney:      Gregory Lee Scott      Date Supervision Expires: July 25, 2026

### PETITIONING THE COURT

To issue a **warrant**.

On July 31, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #11**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc). You must pay the costs of the program if financially able.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 11, by being unsuccessfully discharged from the Spokane Addiction Recover Centers (SPARC) inpatient treatment program on December 24, 2023.<br><br>On December 24, 2023, Mr. Cameron was discharged from SPARC inpatient treatment program due to being argumentative with staff and for failing to participate. |
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

Prob12C
Re: Cameron, William H.
December 26, 2023
Page 2

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office on December 26, 2023.

On December 5, 2023, the probation officer met with the offender at SPARC where he was engaged in inpatient treatment. At that time, Mr. Cameron was instructed to report to the U.S. Probation Office on December 26, 2023, at 10 a.m.

Mr. Cameron failed to report to the U.S. Probation Office for the above-referenced appointment.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 26, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

December 27, 2023

Date