PROB 12C
(6/16)

Report Date: January 5, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: William H. Cameron | Case Number: 0980 2:22CR00133-TOR-20 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99260 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: July 26, 2023 | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 |
| Original Sentence: Prison - 109 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: July 26, 2023 |
| Defense Attorney: Gregory Lee Scott | Date Supervision Expires: July 25, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/26/2023.

On July 31, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on December 27, 2023.<br><br>On December 26, 2023, this officer received email correspondence from Mr. Cameron indicating he was going to be admitted into inpatient treatment at Pioneer Center East (PCE) in the evening on that same date.   He also stated that his phone was not working, so he asked the probation officer to respond to him via email.<br><br>On December 26, 2023, the probation officer sent Mr. Cameron an email instructing him to report to the U.S. Probation Office on December 27, 2023.  The undersigned also suggested that he contact PCE to see if they could hold his bed. |

Prob12C
Re: Cameron, William H.
January 5, 2024
Page 2

        On December 27, 2023, Mr. Cameron failed to report to the U.S. Probation Office as instructed.

4      **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: The offender is alleged to have violated special condition number 9, by ingesting controlled substances, methamphetamine and amphetamine, on or about December 27, 2023.

      On December 27, 2023, Mr. Cameron submitted a urine specimen at PCE that returned positive for methamphetamine and amphetamine from the lab on December 30, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 5, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

January 5, 2024

Date