PROB 12C
(6/16)

Report Date: April 29, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William H. Cameron | Case Number: 0980 2:22CR00133-TOR-20 |
| Address of Offender: ▇▇▇▇▇▇ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 26, 2023

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 109 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: July 26, 2023 |
| Defense Attorney: | Nicolas Vieth | Date Supervision Expires: July 25, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/26/2023 and 01/05/2024.

On July 31, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Driving While License Suspended Third Degree, in violation of R.C.W. 46.20.342.1C, on April 21, 2024.<br><br>On April 21, 2024, the offender was cited for driving on a suspended license 3rd degree in Spokane, Washington.  His next court date is scheduled for May 1, 2024, in Spokane Municipal Court, case number 4A0356779.  It should be noted, Mr. Cameron was also cited for failing to obey a traffic control device.<br><br>He reported the above-referenced law enforcement contact to the probation officer and claimed he was unaware his Washington State driving privileges had been suspended.  A record check conducted on April 29, 2024, reflects that his Washington State license is no longer suspended; however, he is not currently licensed in Washington State. Mr. Cameron currently possesses an Oregon State driver's license, which appears to be valid. |

Prob12C
**Re: Cameron, William H.**
**April 29, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 29, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other: *The Final Revocation of Supervised Release Hearing scheduled for 5/8/2024 remains set.*

Thomas O. Rice
United States District Judge
April 29, 2024
Date