PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 3, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2024

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: William H. Cameron | | Case Number: 0980 2:22CR00133-TOR-20 |
| Address of Offender: ▮▮▮▮▮, Spokane, Washington 99207 | | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | | |
| Date of Original Sentence: July 26, 2023 | | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 109 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: July 26, 2023 |
| Defense Attorney: | Nicholas V. Vieth | Date Supervision Expires: July 25, 2026 |

### PETITIONING THE COURT

To issue a summons.

On July 31, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 9, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on May 24, 2024.<br><br>The probation officer received email correspondence from PHS indicating Mr. Cameron failed to report for urinalysis testing on May 24, 2024. |
| 2 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Cameron, William H.
June 3, 2024
Page 2

        **Supporting Evidence**: The offender is alleged to have violated special condition number 9, by failing to report to PHS for urinalysis testing on May 30, 2024.

        The probation officer received email correspondence from PHS indicating Mr. Cameron failed to report for urinalysis testing on May 30, 2024.

3      **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: The offender is alleged to have violated special condition number 9, by ingesting a controlled substance, methamphetamine, on or about May 30, 2024.

        On June 3, 2024, the offender reported for a scheduled appointment at the U.S. Probation Office to discuss his failure to report to PHS for urinalysis testing on May 30, 2024. At that time, he submitted a urine specimen that returned presumptive positive for methamphetamine.

        Initially, Mr. Cameron was adamant that he had not used methamphetamine when questioned by the probation officer. He ultimately admitted to methamphetamine use only after this officer informed him that the Court would be informed that he was untruthful with the undersigned if the urine specimen was thereafter confirmed positive.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:  June 3, 2024

        s/ Lori Cross

        Lori Cross
        U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge
June 3, 2024

Date