PROB 12C
(6/16)

Report Date: June 11, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William H. Cameron | Case Number: 0980 2:22CR00133-TOR-20 |
| Address of Offender: ▇▇▇▇▇▇▇, Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: July 26, 2023 | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 |
| Original Sentence: Prison - 109 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: July 26, 2023 |
| Defense Attorney: Nicholas V. Vieth | Date Supervision Expires: July 25, 2026 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/3/2024.

On July 31, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 9, by ingesting controlled substances, methamphetamine and amphetamine, on or about June 3, 2024. |
| | On June 6, 2024, the offender submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine and amphetamine. At that time, he signed an admission form acknowledging use of said substances on or about June 3, 2024. |

Prob12C
Re: Cameron, William H.
June 11, 2024
Page 2

      5      **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

             **Supporting Evidence**: The offender is alleged to have violated special condition number 9, by ingesting a controlled substance, methamphetamine, on or about June 9, 2024.

             During a telephone conversation with the offender on June 11, 2024, he informed the probation officer that he last used methamphetamine on or about June 9, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 11, 2024

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

June 11, 2024
Date