PROB 12C
(6/16)

Report Date: January 21, 2026

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2026

SEAN F. McAVOY, CLERK

ECF No. 1452

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William H. Cameron | Case Number: 0980 2:22CR00133-TOR-20 |

Address of Offender: ███████████ ██████, West Richland, Washington 99353

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 26, 2023

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 109 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 10, 2024) | Prison - 6 months; TSR - 30 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: November 4, 2024 |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: May 3, 2027 |

### PETITIONING THE COURT

To issue a summons.

On November 7, 2024, a probation officer reviewed with Mr. Cameron all the conditions to which he is subject while on supervised release. Mr. Cameron verbalized an understanding of those conditions and signed a copy of his judgement and conditions memorializing that statement. He was provided a copy for his records and reference.

The probation officer believes that Mr. Cameron has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Cameron is considered to be in violation of his supervised release by having been charged with harassment, a misdemeanor, in Benton County District Court, docket 5A0955280-KWP-CN, on or about December 26, 2025. |
| | On December 26, 2025, the probation officer received a call from Mr. Cameron while he was being held at the Benton County Jail in Kennewick, Washington. He informed that he was arrested at his place of employment earlier that night on charges of harassment. |
| | The probation officer subsequently received a call from the arresting officer. He informed that Mr. Cameron's coworkers reported to law enforcement that Mr. Cameron made threatening comments about a female coworker. The allegations made against Mr. Cameron |

Prob12C
Re: Cameron, William H.
**January 21, 2026**
**Page 2**

involve him telling a witness he would kidnap the victim, stuff her in his trunk, and sell her for money. When the victim learned of these alleged comments, she feared for her safety and reported the conduct. Mr. Cameron was contacted at his place of employment that night and arrested.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 21, 2026

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

## THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [X]  The Issuance of a Summons
- [ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

Thomas O. Rice
United States District Judge
January 22, 2026
Date