PROB 12C
(6/16)

Report Date: March 13, 2026

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2026

SEAN F. McAVOY, CLERK
ECF No. 1472

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William H. Cameron          Case Number: 0980 2:22CR00133-TOR-20

Address of Offender: ███████████████ West Richland, Washington 99353

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 26, 2023

Original Offense:          Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

| Original Sentence: | Prison - 109 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
|---|---|---|
| Revocation Sentence<br>(July 10, 2024) | Prison-6 months<br>TSR- 30 months | |
| Asst. U.S. Attorney: | Brandon Pang | Date Supervision Commenced: November 4, 2024 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: May 3, 2027 |

---

### PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on January 21, 2026.

On November 7, 2024, a United States probation officer reviewed all the conditions of supervised release with Mr. Cameron. He signed a copy of his conditions and was provided a copy for his records and reference..

The probation officer believes that Mr. Cameron has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Mr. Cameron is considered to be in violation of his conditions of supervised release by having used a controlled substance, methamphetamine, on or about February 22, 2026.

Mr. Cameron admitted to a United States probation officer to having used methamphetamine on February 22, 2026. On February 24, 2026, he reported to the probation office, signed a drug use admission form, and provided a urine sample, which confirmed a positive result for methamphetamine and amphetamine.  Verification was received from Abbott Laboratory on

**Prob12C**
**Re: Cameron, William H.**
**March 13, 2026**
**Page 2**

February 27, 2026, confirming Mr. Cameron's urine sample was positive for methamphetamine and amphetamine.

3    **Special Condition #10**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Cameron is considered to be in violation of his conditions of supervised release by failing to report for a urinalysis as required, on or about February 27, 2026.

Mr. Cameron was placed on random drug testing via the color line at Life Renewal in Pasco, Washington. His color, blue, was called on February 27, 2026, and he failed to report to submit the drug test as required.  Mr. Cameron did not contact the probation office prior to missing the appointment, and was not excused to miss the test.

4    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Cameron is considered to be in violation of his conditions of supervised release by having used a controlled substance, methamphetamine, from on or about February 27, 2026 to March 1, 2026.

Mr. Cameron was contacted and instructed to report to the probation office on March 2, 2026, to submit a drug test, as he failed to report for his random color line drug test on February 27, 2026.  Mr. Cameron reported and admitted to a United States probation officer that he failed to report for his color line drug test because he relapsed and used methamphetamine on February 27, 2026, and used through March 1, 2026.

He signed a drug use admission form, and provided a urine sample, which confirmed a positive result for methamphetamine and amphetamine. Verification was received from Abbott Laboratory on March 7, 2026, confirming Mr. Cameron's urine sample was positive for methamphetamine and amphetamine.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court, and that the Court issue a summons.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/13/2026

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

Prob12C

Re: Cameron, William H.
March 13, 2026
Page 3

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

March 16, 2026
_____
Date